INGLES MKTS., INC. v. PAULCO, INC.

No. 290P01

Case below: 143 N.C. App. 347

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

JOHNSON v. WRIGHT

No. 371P01

Case below: 143 N.C. App. 715

Petition by defendant (Lenior Memorial Hospital) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

NEWTON v. B.F. GOODRICH CO.

No. 328P01

Case below: 143 N.C. App. 568

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001.

SPEARMAN v. SPEARMAN

No. 354P01

Case below: 143 N.C. App. 347

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

STATE v. BURWELL

No. 365P01

Case below: 143 N.C. App. 716

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 August 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.